UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **BERNIE M MURRAY #133212** | **CASE NO.  2:23-CV-00893 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **CALCASIEU CORRECTIONS** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that this matter be **DISMISSED WITH PREJUDICE** as frivolous.

**THUS DONE AND SIGNED** in Chambers on the 9th day of November, 2023.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**